IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02432-DME-MJW

ANDREW TECHMANSKI,

Plaintiff,

v.

QUANTA FIELD SERVICES, LLC, and
QUANTA POWER, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate and Reset Scheduling Conference (Docket No. 18) is denied.  The Scheduling Conference, which has already been reset once, remains set on Monday, December 7, 2015, at 2:30 p.m.  Plaintiff is now represented by three counsel, at least one of whom may call in for the Scheduling Conference by calling chambers at (303) 844-2403 at the appointed time.

Date: December 4, 2015