IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02432-DME-MJW

ANDREW TECHMANSKI,

Plaintiff,

v.

QUANTA FIELD SERVICES, LLC, and
QUANTA POWER, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order Concerning Confidential Information (docket no. 28) is GRANTED finding good cause shown.  The written Stipulated Protective Order Concerning Confidential Information (docket no. 28-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: January 27, 2016