IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02432-DME-MJW

ANDREW TECHMANSKI,

Plaintiff,

v.

QUANTA FIELD SERVICES, LLC, and
QUANTA POWER, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the parties' Stipulated Motion to Modify Scheduling Order Regarding Discovery Deadlines (Docket No. 33) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 22) is amended to extend: (1) the affirmative expert disclosure deadline to April 22, 2016; (2) the rebuttal expert disclosure deadline to May 27, 2016; (3) the discovery cut-off date to July 1, 2016; and (4) the dispositive motions deadline to August 1, 2016.

Date: March 14, 2016