IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02432-DME-MJW

ANDREW TECHMANSKI,

Plaintiff,

v.

QUANTA FIELD SERVICES, LLC, and
QUANTA POWER, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the parties' Stipulated Motion to Modify Scheduling Order Regarding Discovery Deadlines (Docket No. 36) is **GRANTED**. The Scheduling Order (Docket No. 22) is amended to extend: (1) the affirmative expert disclosure deadline to May 23, 2016 and (2) the rebuttal expert disclosure deadline to June 27, 2016.

Date: April 11, 2016