IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02432-DME-MJW

ANDREW TECHMANSKI

    Plaintiff,

v.

QUANTA FIELD SERVICES, LLC, and
QUANTA POWER, INC.

    Defendants

## STIPULATION OF DISMISSAL

The Parties, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a) hereby stipulate to dismissal of the above-captioned matter with prejudice, each party to bear their own costs and fees.

DATED this 26th day of May, 2016.

BY THE PARTIES:

| | |
|---|---|
| s/ Mari Newman<br>Casey Rose Denson<br>Mari Newman<br>Darold Killmer<br>KILLMER, LANE & NEWMAN, LLP<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>Telephone: 303-571-1000<br>Email: cdenson@kln-law.com<br>       mnewman@kln-law.com<br>       dkilmer@kln-law.com<br><br>Marcel A. Quinn<br>HAMMER & QUINN, PLLC<br>100 Financial Drive, Suite 100 | s/ Stephen D. Bell<br>Stephen D. Bell<br>DORSEY & WHITNEY LLP<br>1400 Wewatta Street, #400<br>Denver, CO 80202<br>Telephone: 303-629-3400<br>Email: bell.steve@dorsey.com<br><br>Kristen K. Zinsmaster<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, #1500<br>Minneapolis, MN 55402<br>Telephone: 612-492-6642<br>Email: zinsmanster.kristin@dorsey.com<br>***Counsel for Defendants*** |

Kalispell, MT 59904-0310
Telephone: (406) 755-2225
Email:  marcelquinn@attorneysmontana.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on May 26, 2016, I caused the foregoing document, STIPULATION OF DISMISSAL to be electronically filed with the Clerk of the Court using the CM/ECF system. Notification of such filing will be sent to the following email addresses:

Casey Rose Denson
Mari Newman
Darold Killmer
KILLMER, LANE & NEWMAN, LLP
Email: cdenson@kln-law.com
    mnewman@kln-law.com
    dkilmer@kln-law.com

Marcel A. Quinn
HAMMER & QUINN, PLLC
Email: marcelquinn@attorneysmontana.com

               *s/ Karen Porter*
               Karen Porter
               Dorsey & Whitney LLP